IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ERNESTO MONCADA and**
**MARIA MONCADA,**

    **Plaintiffs,**

**vs.**                                                                  **No. 15-cv-0999 MCA/SMV**

**ALLSTATE INDEMNITY COMPANY,**

    **Defendant.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:       January 4, 2016, at 9:30 a.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **January 4, 2016, at 9:30 a.m**. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                         **STEPHAN M. VIDMAR**
                                                         **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.