IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERNESTO MONCADA and
MARIA MONCADA,

    Plaintiffs,

vs.                                               No. 15-cv-0999 MCA/SMV

ALLSTATE INDEMNITY COMPANY,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    May 5, 2016, at 9:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **May 5, 2016, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss whether to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.