IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERNESTO MONCADA and
MARIA MONCADA,

    Plaintiffs,

v.                                                                No.:   15-cv-00999-MCA-SMV

ALLSTATE INDEMNITY COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER, having come before the Court on the Parties' Joint Motion to Dismiss, the Court having reviewed the submissions of the parties and being otherwise fully advised, FINDS that the Motion is well taken and is HEREBY GRANTED.

IT IS THEREFORE ORDERED THAT Plaintiffs' Complaint is hereby dismissed with prejudice.

_____
M. CHRISTINA ARMIJO
Chief United States District Judge

Respectfully submitted,

Stiff, Keith & Garcia, LLC


 /s/ Ann L. Keith_____
Ann L. Keith, Esq.
400 Gold Ave SW, Ste. 1300
Albuquerque, NM 8702-3274
505-243-5755
akeith@stifflaw.com

Simone, Roberts & Weiss, P.A.


_Electronic Approval 6-21-2016_____

1

Stephen M. Simone, Esq.
1700 Louisiana Blvd., N.E., Ste. 240
Albuquerque, NM  87110
505-298-9400
ssimone@srw-law.com


_Electronic Approval 6-21-2016_____
Milad K. Farah, Esq.
1231 E. Missouri Avenue
El Paso, TX 79902
915-533-0220
mkf@gflawoffices.com